**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Qi Yao Chen,<br><br>    Petitioner,<br><br>vs.<br><br>Department of Homeland Security, et al.,<br><br>    Respondents. | No. CV 09-0451-PHX-JAT (JRI)<br><br>**ORDER** |

      Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1) filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #13) recommending that the Petition be dismissed without prejudice.

      Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

      Accordingly,

1     **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #13) is **ACCEPTED**;

    **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is **DENIED**; and

    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

DATED this 1st day of July, 2009.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge